IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3014-6 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ADIL GASIM AL-DABBI, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT is entered for the United States of America and against the defendant, Adil Gasim Al-Dabbi, providing that the defendant shall take nothing; the defendant's motion to vacate, set aside, or correct his sentence (filing 387) is denied as time-barred and this § 2255 proceeding is dismissed with prejudice.

May 27, 2008.                                       BY THE COURT:

                                                                 s/ *Richard G. Kopf*
                                                                 United States District Judge