IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3014 |
| | ) | |
| v. | ) | |
| | ) | |
| ADIL GASIM AL-DABBI, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The probation officer has prepared a 2011 Retroactive Sentencing Worksheet and he has provided it to counsel and to me. The probation officer advises that the defendant is not entitled to a reduction in his sentence because he received an earlier "crack" related sentence reduction to 235 months in prison (filing no. 403) and under the 2011 Guidelines he would not be entitled to an additional reduction. Given that the defendant is responsible for 1.49 kilograms of "crack," and his base offense level was previously reduced to a level 34 and remains 34 under the 2011 Guidelines, I agree with the probation officer that no further reduction may be granted.[1]

IT IS ORDERED that:

1. The motion to reduce sentence under 2011 crack cocaine guideline amendment (filing no. 444) is denied.

---

[1] His reduced total offense level is 37 and his criminal history category is II. The low-end of the Guidelines is 235 months for custody purposes, and that is the sentence he is serving.

-1-

2. The Clerk shall provide a copy of this Memorandum and Order to Craig Ford, United States Probation Officer. He shall file the 2011 Sentencing Worksheet in the court file.

3. A copy of this Memorandum and Order shall be provided to the defendant at his last known address and to counsel of record.

DATED this 28th day of December, 2011.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge