IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CR3014-6 |
| V. | ) | |
| ADIL GASIM AL-DABBI, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 470) is denied.

DATED this 24th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge